Jessica A. Flint, OSB #113843
jflint@gevurtzmenashe.com
Gevurtz Menashe, P.C.
115 NW 1st Ave, Ste 400
Portland, OR 97209
Telephone: (503) 227-1515
Of Attorneys for Petitioner Neil Aaron Stenberg

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Portland Division

| | |
|---|---|
| In re the Application of: | Case No. 3:23-cv-00413-SI |
| NEIL AARON STENBERG, | |
| Petitioner, | GENERAL JUDGMENT OF VOLUNTARY DISMISSAL WITH PREJUDICE - STIPULATED |
| and | |
| JENNIFER RANELLE STENBERG, | |
| Respondent. | |

The Convention on the Civil Aspects of International Child Abduction,
done at the Hague on 25 Oct. 1980
International Child Abduction Remedies Act, 22 U.S.C. § 9001 *et seq.*

Pursuant to FRCP 41(a) and LR 41, Petitioner, Neil Aaron Stenberg, by and through his attorneys of record, Jessica A. Flint and the law firm of Gevurtz Menashe, P.C., submits to this Court a General Judgment of Voluntary Dismissal with Prejudice – Stipulated in the above-captioned matter. Respondent, Jennifer Ranelle Stenberg, by and through her attorneys, Bradley Lechman-Su and David N. Schaffer, stipulates

PAGE 1 – GENERAL JUDGMENT OF VOLUNTARY DISMISSAL WITH PREJUDICE - STIPULATED

to the entry of this General Judgment. Based upon the stipulation of the parties, the comprehensive settlement agreement of the parties that shall be filed and entered in *the Matter of the Marriage of Jennifer Ranelle Stenberg and Neil Aaron Stenberg*, Circuit Court of the State of Oregon, Clackamas County Circuit Court Case No. 23DR14528 simultaneously herewith, and the record and file herein,

IT IS HEREBY ORDERED AND ADJUDGED that:

This case is dismissed with prejudice and without costs. A General Judgment of Voluntary Dismissal with Prejudice shall be entered upon the record.

DATED this  22nd  day of    August         , 2023.

_____
Michael H. Simon
United States District Court Judge


**IT IS SO STIPULATED BY:**

Neil Aaron Stenberg                          8/17/2023
PETITIONER                                    Dated

Jennifer Ranelle Stenberg                    8/17/2023
RESPONDENT                                    Dated

/ / /

/ / /

/ / /

PAGE 2 – GENERAL JUDGMENT OF VOLUNTARY DISMISSAL WITH PREJUDICE - STIPULATED

DATED this 17th day of _____August_____, 2023.

         *Jessica A. Flint* (DocuSigned)
Jessica A. Flint, OSB # 113843
115 NW 1st Ave, Ste 400
Portland, OR 97209
Telephone: 503.227.1515
jflint@gevurtzmenashe.com
Attorney for Petitioner Neil Aaron Stenberg

DATED this 17 day of _____August_____, 2023.

         *Bradley Lechman-Su* (DocuSigned)
Bradley C. Lechman-Su OSB #900826
bradley@bradleylechmansu.com
1000 SW Broadway, Ste 2300
Portland, OR 97205
Telephone: (503) 984-1350
Attorney for Respondent Jennifer Ranelle Stenberg

DATED this 17th day of _____August_____, 2023.

         *David Schaffer* (DocuSigned)
David N. Schaffer
schaffer@familylawltd.com
Schaffer Family Law, Ltd.
2020 Calamos Court, Ste 200
Naperville, IL 60563
Telephone: (630) 922-4500
Attorney for Respondent Jennifer Ranelle Stenberg

PAGE 3 – GENERAL JUDGMENT OF VOLUNTARY DISMISSAL WITH PREJUDICE - STIPULATED